# Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 7762

---

CARGILL, INCORPORATED,

                    Petitioner,

-v-

REPUBLIC OF POLAND,

                    Respondent.

---

Case No. _____



**Rule 7.1 Statement**

RECEIVED
SEP - 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

____CARGILL, INCORPORATED____      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


The Mosaic Company


**Date:** __September 4, 2008__

_____
**Signature of Attorney**
Alan M. Unger
**Attorney Bar Code:** AU-6747